IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DARRELL PARKS,** :
:
    **Petitioner** : **CIVIL NO. 1:CV-13-03090**
:
**v.** : **(Judge Rambo)**
:
**WARDEN J.L. THOMAS,** :
:
    **Respondent** :

## **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED** for the sole purpose of the filing of this action.

2) S. Argueta, T. Crawford, J. Dldt, J. Carpenter, Mr. Pealer, Mr. Hamilton, Mr. Saylor, Two Unknown C/O, J. Treibley, Unknown Immediate Use of Force Team, J. Sherman, J. Seeba, Three Unknown Lt., R. Johnson, W. Brenneman, N. Trusal, S. Dees, D. Mink, N. Carper, C. Berkoski, G. Shuck, B. Marr, J. Nilts, and B. Chambers are **DISMISSED** as parties in this action.

3) The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

4) The Clerk of Court is directed to **CLOSE** this case.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: January 3, 2014.